**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Robert Gerber, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 17 cv 6543 |
| | ) | |
| vs. | ) | Honorable Robert W. Gettleman |
| | ) | |
| Suretrust Medical Solutions, LLC, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT

     Plaintiff Robert Gerber, through his attorneys Edelman, Combs, Latturner & Goodwin, LLC, hereby informs this Court that the parties have reached an individual settlement and expect to file a Notice of Dismissal within the next 60 days.

     Plaintiff requests that this Court strike all pending dates.


                                                                                  Respectfully Submitted,

                                                                                   /s/ *Dulijaza Clark*
                                                                                   Dulijaza Clark

Daniel A. Edelman
Dulijaza Clark
EDELMAN, COMBS, LATTURNER
& GOODWIN, L.L.C.
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

1

## CERTIFICATE OF SERVICE

      I, Dulijaza Clark, certify that on November 27, 2017, I caused the foregoing to be filed with the Clerk of the United States District Court for the Northern District of Illinois a copy of which will be served to the following by electronic mail and regular mail;

TIMOTHY S. LUXEMBURGER
108 CANDY LANE CHEROKEE
CANTON, GA 30115
tluxemburger@suretrust.us

JORDAN T. CASTILLEJO
424 W. WESLEY ST. APT 2D
WHEATON, IL 60187

                                            /s/ *Dulijaza Clark*
                                            Dulijaza Clark


Daniel A. Edelman
Dulijaza Clark
EDELMAN, COMBS, LATTURNER
& GOODWIN, L.L.C.
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)